Entered: August 28, 2020
Signed:  August 28, 2020

**SO ORDERED**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **17−25049 − NVA**    Chapter: **13**

**David Eugene Robinson Sr.**
Debtor

### ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above−entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:    Case Trustee − Robert S. Thomas II

### End of Order

odsctr − ecumberland